UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**UNITED STATES OF AMERICA,**

    **Appellee,**

**v.**                                             **No. 23-3066**

**MICHAEL TERRELL ROBERSON,**

    **Appellant.**

### INTERIM TRANSCRIPT STATUS REPORT

☐   No transcripts are necessary for this appeal as the case was decided on the pleadings.

☐   All transcripts necessary for the appeal have been completed and received.

                                             \* \* \* \* \*

Interim Part I:     The following necessary transcripts have been ordered but not received:

| Date | Type of Proceeding | Court Reporter |
|---|---|---|
| 07/08/22 | Status Conference | Jan Dickman |
| 09/06/22 | Arraignment/Plea Hearing | Jan Dickman |

Interim Part II:    The following necessary transcripts have been completed and received:

Interim Part III:   State below any additional comments regarding preparation of the transcripts or the record on appeal which may delay the briefing of this case:

_____
_____
_____

          Respectfully submitted,

          A. J. KRAMER
          FEDERAL PUBLIC DEFENDER

           /s/
          _____
          TONY AXAM, JR.
          Assistant Federal Public Defender
          625 Indiana Avenue, N.W., Suite 550
          Washington, D.C.  20004
          (202) 208-7500

## **CERTIFICATE OF SERVICE**

  I hereby certify that I filed the foregoing Interim Transcript Status Report with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on December 28, 2023.

  Chrisellen R. Kolb, Chief – Appellate Section, Criminal Division, U.S. Attorney's Office for the District of Columbia, counsel for appellee, [Chrisellen.R.Kolb@usdoj.gov](mailto:Chrisellen.R.Kolb@usdoj.gov), who is a registered CM/ECF user, will be served by the appellate CM/ECF system.

  I further certify that some of the participants in the case are not registered CM/ECF users. The foregoing document will be served by email to Jan Dickman, Official Court Reporter.

             /s/
           _____
           TONY AXAM, JR.