UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**UNITED STATES OF AMERICA,**

    **Appellee,**

**v.**                                                                                       **No. 23-3066**

**MICHAEL TERRELL ROBERSON,**

    **Appellant.**

### INTERIM TRANSCRIPT STATUS REPORT

☐  No transcripts are necessary for this appeal as the case was decided on the pleadings.

☐  All transcripts necessary for the appeal have been completed and received.

\* \* \* \* \*

Interim Part I:   The following necessary transcripts have been ordered but not received:

| Date | Type of Proceeding | Court Reporter |
|---|---|---|
| 09/06/22 | Arraignment/Plea Hearing | Jan Dickman |

Interim Part II:   The following necessary transcripts have been completed and received:

Interim Part III:  State below any additional comments regarding preparation of the transcripts or the record on appeal which may delay the briefing of this case:

```
_____
_____
_____
```

                             Respectfully submitted,

                             A. J. KRAMER
                             FEDERAL PUBLIC DEFENDER

                                  /s/
                             _____
                             TONY AXAM, JR.
                             Assistant Federal Public Defender
                             625 Indiana Avenue, N.W., Suite 550
                             Washington, D.C.  20004
                             (202) 208-7500

## **CERTIFICATE OF SERVICE**

     I hereby certify that I filed the foregoing Interim Transcript Status Report with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on March 14, 2024.

     Chrisellen R. Kolb, Chief – Appellate Section, Criminal Division, U.S. Attorney's Office for the District of Columbia, counsel for appellee, Chrisellen.R.Kolb@usdoj.gov, who is a registered CM/ECF user, will be served by the appellate CM/ECF system.

     I further certify that some of the participants in the case are not registered CM/ECF users. The foregoing document will be served by email to Jan Dickman, Official Court Reporter.

                                      /s/
                             _____
                             TONY AXAM, JR.